IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MICHAEL DENNARD
GOODSON,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-3549

_____/

Opinion filed November 7, 2014.

An appeal from the Circuit Court for Duval County.
Suzanne Bass, Judge.

Nancy A. Daniels, Public Defender, and Megan Lynne Long, Assistant Public Defender, for Appellant.

Pamela Jo Bondi, Attorney General, and Trisha Meggs Pate, Assistant Attorney General, for Appellee.


PER CURIAM.

      AFFIRMED. See Walton v. State, 106 So. 3d 522 (Fla. 1st DCA 2013) (en banc), review dismissed, 116 So. 3d 1264 (Fla. 2013) and review granted, 123 So. 3d 1148 (Fla. 2013) and review granted, 145 So. 3d 830 (Fla. 2014).


PADOVANO, WETHERELL, and MAKAR, JJ., CONCUR.